**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:   LINDSAY N. FARIS
           RENEE M. FARIS
                 Debtor(s).         Case No.: 3:16-bk-04578-JAF
                                                               Chapter 13
_____/

LINDSAY N. FARIS
RENEE M. FARIS

        PLAINTIFF(s)         Adv. No. 3:20-ap- 0
v.

SN SERVICING CORPORATION
        Defendant
_____/

**COMPLAINT**

LINDSAY N. FARIS and RENEE M. FARIS ("FARIS" or the "Plaintiffs") sue SN SERVICING CORPORATION ("SN SERVICING") for various violations of the United States Bankruptcy Code and state:

**Introduction**

1. This is an action for damages filed by PLAINTIFF(s) pursuant to Sections 105; 524(i) and 1328 of the Bankruptcy Code and for injunctive relief to prohibit future violations of the Bankruptcy Code by the Defendant.

2. This action is also filed to enforce and to implement provisions of the Confirmed Chapter 13 Plan and other Bankruptcy Code provisions and Rules related thereto.

**Jurisdiction and Venue**

3. Jurisdiction is conferred on this Court pursuant to the provisions of Section 1334 of Title 28 of the United Stated Code in that this proceeding arises in and is related to the above-captioned Chapter 13 case under Title 11 and concerns property of the Debtor(s) in that case.

4. This Court has both personal and subject matter jurisdiction to hear this case pursuant to Section 1334 of Title 28 of the United States Code, Section 157(b)(2) of Title 28 of the United States Code.

5. This matter is a core proceeding and therefore the Bankruptcy Court has jurisdiction to enter a final order.

6. Venue lies in this District pursuant to Section 1391(b) of Title 28 of the United States Code.

## Parties

7. The Plaintiffs in this case are the Debtors under Chapter 13 of Title 11 of the United States Code in case number 3:16-bk-04578-JAF (the "Main Case").

8. The Defendant, SN SERVICING is a mortgage servicer with its principal place of business located in Eureka, CA. SN SERVICING is the current mortgage servicer of the note and mortgage that are the subject of this adversary proceeding.

## Factual Allegations

9. On or about April 16, 2004, the PLAINTIFFS executed a promissory note ("Note") and mortgage in favor of Beneficial Florida, Inc. in the principal amount of $133,673.04 secured by the home at 3777 Woodbriar Dr., Orange Park, FL (the "Woodbriar Property"). The loan was eventually assigned to SN SERVICING as detailed below.

10. The Note was originally setup as a variable rate loan/mortgage for a period of thirty (30) years. The loan was due to mature on April 16, 2034.

11. On December 16, 2016, the PLAINTIFFS commenced the main Chapter 13 case by the filing of a voluntary petition with the Clerk of this Court. At the time of the filing, the Woodbriar mortgage was in arrears on payments to SN SERVICING.

12. On April 24, 2017, SN SERVICING filed Proof of Claim #12-1 as a claim in the amount of $131,473.55 secured by the Woodbriar Property. The arrears claimed as a result of the Proof of Claim was a default in the total amount of $5,150.01.

13. On February 13, 2017, PLAINTIFFS filed their Second Amended Plan of Reorganization (the "Plan"; Docket No. 36 in the Main Case) and provided for the Proof of Claim #12-1 in the Plan by paying regular payments in the Proof of Claim during the Plan.

14. On April 26, 2017, the Court entered an Order Confirming Chapter 13 Plan (the "Confirmation Order"; Docket No. 46). This Confirmation Order was later modified by the Court's Order Granting Motion to Modify Confirmed Plan at Docket No. 63. The Modified Plan provided the amount of $5,150.55 towards the SN SERVICING arrears as claimed in Proof of Claim #12-1.

15. The Confirmation Order as modified provided for the Woodbriar property/SN SERVICING as follows:

    a. PITI Payment of $829.91 during months 1-60 subject to interest/escrow adjustments;

    b. Cure of arrears of $5,150.55 during months 1-60;

16. In all respects, the PLAINTIFFS have complied with the terms and payments due pursuant to the Confirmed Plan. The PLAINTIFFS have also complied with all post-confirmation notices regarding payment changes filed by the servicers.

17. SN SERVICING was represented by Counsel in the Chapter 13 case and participated in the Plan process. See Docket No. 96.

18. Subsequent to the confirmation order, the Woodbriar loan was transferred to SN SERVICING by SN SERVICING. See Docket No. 95, October 22, 2019.

19. The Court entered an Order Discharging the Chapter 13 case on September 8, 2020. *See* Docket No. 118 in the Main Case.

20. After the Discharge of the Chapter 13 case, the PLAINTIFFS had resumed making the required monthly mortgage payments to SN SERVICING on the Woodbriar property in September of 2020. However, SN SERVICING has claimed the mortgage was in default at the time of Discharge and continuing thereafter. Both the September and October, 2020 statements sent by SN SERVICING to the PLAINTIFFS, reflected a default of approximately $5,000.00 on post-petition payments and a pre-petition arrears of $5,012.48. The statements are attached as Exhibit 1.

21. The PLAINTIFFS contacted SN SERVICING after the default statements. However, the PLAINTIFFS have not been able to clear up either the post or pre-petition arrears asserted. The November, 2020 statement still asserts that the PLAINTIFFS are over $5,200.00 delinquent as a result of a four (4) month arrearage. That statement is attached as Exhibit 2.

22. SN SERVICING has misapplied Debtors' confirmed Plan payments. As a result of SN SERVICING misapplying payments, SN SERVICING asserts the PLAINTIFFS are seriously delinquent and seeks to collect improper fees, interest and charges.

23. By failing to properly credit Debtors' confirmed Plan payments, SN SERVICING violated the terms of the Confirmed Plan and the discharge injunction.

24. The PLAINTIFFS reserve the right to amend this Complaint upon further discovery revealing additional fees, charges and other advances which were not approved pursuant to 11 U.S.C. § 506 and/or Fed. R.Bankr. P. 2016 and/or by the Court prior to being added to the mortgage account.

25. The actions of SN SERVICING were willfull and in full knowledge of the existence of the discharge provisions of the Bankruptcy Code.

## COUNT I - VIOLATION OF THE DISCHARGE PROVISIONS OF
## 11 U.S.C. §§ 1141; 524(i) AS TO WOODBRIAR PROPERTY

26. The PLAINTIFFS have suffered material injury as a result of the willful failure of the Defendant to comply with this Court's Confirmation Order. Such damages include an increased payoff, excess interest charges, and/or other fees/charges.

27. In contravention of the Confirmation Order and the discharge injunction, SN SERVICING misapplied every one of the PLAINTIFFS' Plan payments. As a result of the misapplications, SN SERVICING asserts an over-stated payoff, suspense balance, past due interest and other fee charges.

28. SN SERVICING's failure to properly credit payments under the Confirmed Plan constitutes a violation of the discharge injunction pursuant to 11 U.S.C. § 524(i).

29. The actions of the Defendant in attempting to collect excess fees and/or costs associated with the mortgage in contravention of this Court's Confirmation and discharge orders, as well as any imposition and attempted collection of the improper fees and charges, have violated the discharge provisions of 11 U.S.C. §1328. The actions of the Defendants were contemptuous and subject the Defendants to the civil contempt powers of this Court.

30. In bringing this action for violation of the discharge injunction, PLAINTIFFS have incurred attorney's fees and costs in addition to the injunctive relief allowed under 11 U.S.C. § 524; 1328. PLAINTIFFS are entitled to an award of reasonable attorney's fees and costs under 11 U.S.C. § 105 for the contemptuous violations of the discharge injunction by Defendants.

**RELIEF REQUESTED**

PLAINTIFFS requests that this Court:

1. Enter Judgment against SN SERVICING;

2. Order SN SERVICING to delete all unapproved fees, charges and other advances from the PLAINTIFFS' mortgage accounts and payments and bring the PLAINTIFFS' mortgage account current with the correct amortization schedule based upon the Confirmed Plan terms;

3. Prohibit SN SERVICING from charging future unapproved fees and charges to the PLAINTIFFS' mortgage account;

4. Order a full accounting of the mortgage account from the date of the filing of the Chapter 13 case to the date of any judgment issued by the Court;

5. Order SN SERVICING to pay attorney's fees, court costs and actual damages for the violations of the Bankruptcy Code;

6. Any and all other relief deemed necessary by this Court.

DATED this 29th day of December, 2020.

                Law Offices of Mickler & Mickler, LLP


                By: */s/ Bryan K. Mickler*
                  Bryan K. Mickler
                Florida Bar No. 091790
                Attorney for Plaintiff(s)
                5452 Arlington Expressway
                Jacksonville, FL 32211
                (904) 725-0822 / FAX: 725-0855
                bkmickler@planlaw.com

# EXHIBIT 1

# SNJ SERVICING CORPORATION
323 5TH STREET
EUREKA CA 95501

RENEE FARIS
3777 WOODBRIAR DR
ORANGE PARK, FL 32073

*Jessica x 2647*
*may 25th*
** Due may 25th*

| Account Information - Statement Date: 8/26/2020 | |
|---|---|
| Account Number | 0000295911 |
| Post-Petition Payment Due Date | 9/21/2020 |
| **Post-Petition Total Amount Due** | **$4,936.34** |
| $0.00 late fee may be charged on or after 10/2/2020 | |
| Outstanding Principal | $86,098.77 |
| This is not the amount to pay off your loan | |
| Interest Rate | 6.857% |
| Prepayment Penalty | No |
| Escrow Balance | $355.55 |

### Past Payment Breakdown

| | Paid Since 7/23/2020 | Paid Year to Date |
|---|---|---|
| Principal | $336.01 | $2,956.24 |
| Interest | $493.90 | $4,512.95 |
| Escrow (Taxes and Insurance) | $88.51 | $704.08 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | $432.16 |
| Total | $918.42 | $8,605.43 |

### Bankruptcy Message

Our records show that you are a debtor in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

If your bankruptcy plan requires you to send your regular monthly mortgage payments to the Trustee, you should pay the Trustee instead of us. Please contact your attorney or the Trustee if you have questions.

If you want to stop receiving statements, write to us.

### Explanation of Amount Due (Post-Petition Payment)

| Due Date | Principal | Interest | Escrow | Other Funds | Total |
|---|---|---|---|---|---|
| 5/21/2020 | $337.93 | $491.98 | $88.51 | $0.00 | $918.42 |
| 6/21/2020 - 8/21/2020 | $1,143.42 | $1,552.61 | $265.53 | $0.00 | $2,961.56 |
| 9/21/2020 | $405.54 | $527.52 | $123.30 | $0.00 | $1,056.36 |
| Total Payments Due | | | | | $4,936.34 |
| Total Fees and Charges | | | | | $0.00 |
| Total Amount Due | | | | | $4,936.34 |

*The Payment Amount does not include any amount that was past due before you filed for bankruptcy.*

Customer Service: (800) 603-0836
Website: borrower.snsc.com * Email: customserv@snsc.com

### Important Messages
Affected by COVID-19? Visit https://www.snsc.com/Covid-19.aspx to see how SNSC can help.

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected on your credit report.
**We have not received all of your mortgage payments due since you filed for bankruptcy.**
This statement may not show recent payments you sent to the Trustee that the Trustee has not yet forwarded to us. Please contact your attorney or the Trustee if you have questions.

**Housing Counselor Information:** If you would like counseling or assistance, you can contact the following:
- U.S. Department of Housing and Urban Development (HUD): For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

### Summary of Amounts Past Due Before Bankruptcy Filing (Pre-Petition Arrearage)

| Paid on or after 7/23/2020 | $0.00 | Amounts have not been Finalized |
|---|---|---|
| Total Paid During Bankruptcy | $137.53 | |
| Current Balance | $5,012.48 | |

### Other Balances

| Description | Balance |
|---|---|
| Forebearance Prin | $27,527.33 |
| Unapplied | $817.36 |

### Transaction Activity (7/23/2020 to 8/26/2020)

| Date | Description | Charges | Escrow | Payments |
|---|---|---|---|---|
| 8/21/2020 | Regular Payment | | | $918.42 |



---

Detach at Perforation

 **SERVICING CORPORATION**
323 5TH STREET
EUREKA CA 95501

| Account Information - Statement Date: 9/23/2020 | |
|---|---|
| Account Number | 0000295911 |
| Post-Petition Payment Due Date | 10/21/2020 |
| **Post-Petition Total Amount Due** | **$5,992.70** |
| $0.00 late fee may be charged on or after 11/1/2020 | |
| Outstanding Principal | $86,098.77 |
| This is not the amount to pay off your loan | |
| Interest Rate | 6.857% |
| Prepayment Penalty | No |
| Escrow Balance | $355.55 |

RENEE FARIS
3777 WOODBRIAR DR
ORANGE PARK, FL 32073

### Past Payment Breakdown

| | Paid Since 8/27/2020 | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $2,956.24 |
| Interest | $0.00 | $4,512.95 |
| Escrow (Taxes and Insurance) | $0.00 | $704.08 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | $432.16 |
| Total | $0.00 | $8,605.43 |

### Bankruptcy Message

Our records show that you are a debtor in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

If your bankruptcy plan requires you to send your regular monthly mortgage payments to the Trustee, you should pay the Trustee instead of us. Please contact your attorney or the Trustee if you have questions.

If you want to stop receiving statements, write to us.

### Explanation of Amount Due (Post-Petition Payment)

| Due Date | Principal | Interest | Escrow | Other Funds | Total |
|---|---|---|---|---|---|
| 5/21/2020 | $337.93 | $491.98 | $88.51 | $0.00 | $918.42 |
| 6/21/2020 - 9/21/2020 | $1,548.96 | $2,080.13 | $388.83 | $0.00 | $4,017.92 |
| 10/21/2020 | $408.07 | $524.99 | $123.30 | $0.00 | $1,056.36 |
| Total Payments Due | | | | | $5,992.70 |
| Total Fees and Charges | | | | | $0.00 |
| Total Amount Due | | | | | $5,992.70 |

*The Payment Amount does not include any amount that was past due before you filed for bankruptcy.*

Customer Service: (800) 603-0836
Website: borrower.snsc.com * Email: customserv@snsc.com

### Important Messages

Affected by COVID-19? Visit https://www.snsc.com/Covid-19.aspx to see how SNSC can help.

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected on your credit report.
**We have not received all of your mortgage payments due since you filed for bankruptcy.**
This statement may not show recent payments you sent to the Trustee that the Trustee has not yet forwarded to us. Please contact your attorney or the Trustee if you have questions.

Housing Counselor Information: If you would like counseling or assistance, you can contact the following:
- U.S. Department of Housing and Urban Development (HUD): For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

### Summary of Amounts Past Due Before Bankruptcy Filing (Pre-Petition Arrearage)

| Paid on or after 8/27/2020 | $0.00 | Amounts have not been Finalized |
|---|---|---|
| Total Paid During Bankruptcy | $137.53 | |
| Current Balance | $5,012.48 | |

### Other Balances

| Description | Balance |
|---|---|
| Forebearance Prin | $27,527.33 |
| Unapplied | $817.36 |

### Transaction Activity (8/27/2020 to 9/23/2020)

| Date | Description | Charges | Escrow | Payments |
|---|---|---|---|---|
| | No Transactional Detail | | | |



---
Detach at Perforation

**Payment Coupon**

SN SERVICING CORPORATION

# EXHIBIT 2

**SNJ SERVICING CORPORATION**
323 5TH STREET
EUREKA CA 95501

RENEE FARIS
3777 WOODBRIAR DR
ORANGE PARK, FL 32073

| Account Information - Statement Date: 11/25/2020 | |
|---|---|
| Account Number | 0000295911 |
| Payment Due Date | 12/21/2020 |
| **Total Amount Due** | **$5,247.01** |
| $46.65 late fee may be charged on or after 1/1/2021 | |
| Outstanding Principal | $85,020.45 |
| This is not the amount to pay off your loan | |
| Interest Rate | 7.481% |
| Prepayment Penalty | No |
| Escrow Balance | -$542.88 |

### Past Payment Breakdown

| | Paid Since 10/29/2020 | Paid Year to Date |
|---|---|---|
| Principal | $1,078.32 | $4,034.56 |
| Interest | $1,514.56 | $6,027.51 |
| Escrow (Taxes and Insurance) | $265.53 | $969.61 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied) | -$817.36 | -$385.20 |
| Total | $2,041.05 | $10,646.48 |

### Explanation of Amount Due

| Due Date | Principal | Interest | Escrow | Other Funds | Total |
|---|---|---|---|---|---|
| 8/21/2020 | $403.03 | $530.03 | $88.51 | $0.00 | $1,021.57 |
| 9/21/2020 - 11/21/2020 | $1,224.22 | $1,574.96 | $369.90 | $0.00 | $3,169.08 |
| 12/21/2020 | $413.17 | $519.89 | $123.30 | $0.00 | $1,056.36 |
| Total Payments Due | | | | | $5,247.01 |
| Total Fees and Charges | | | | | $0.00 |
| Total Amount Due | | | | | $5,247.01 |

Customer Service: (800) 603-0836
Website: borrower.snsc.com * Email: customserv@snsc.com

### ** Delinquency Notice **

You are late on your mortgage payments. Failure to bring your loan current may result in fees and foreclosure -- the loss of your home. As of November 25, 2020, you are 187 days delinquent on your mortgage loan and your most delinquent payment was due on 8/21/2020. You are currently participating in the following loss mitigation program: Forbearance. This is your *Recent Account History*:

* Payment due 06/21/2020: Fully paid on 11/25/2020
* Payment due 07/21/2020: Fully paid on 11/25/2020
* Payment due 08/21/2020
* Payment due 09/21/2020
* Payment due 10/21/2020
* Payment due 11/21/2020
* Current Payment due 12/21/2020: $1,056.36
* **Total: $5,247.01 due. You must pay this amount to bring your loan current.**

### Important Messages

Affected by COVID-19? Visit https://www.snsc.com/Covid-19.aspx to see how SNSC can help.

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected on your credit report.

If you have previously received a discharge in bankruptcy and this debt was not reaffirmed, this correspondence is not and should not be construed to be an attempt to collect such a debt as your personal liability, but is instead a step in the enforcement of a mortgage lien against your property.

**Housing Counselor Information**: If you would like counseling or assistance, you can contact the following:
* U.S. Department of Housing and Urban Development (HUD): For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

**Partial Payments**: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

| Other Balances | |
|---|---|
| Description | Balance |
| Forebearance Prin | $27,527.33 |

| Transaction Activity (10/29/2020 to 11/25/2020) | | | | |
|---|---|---|---|---|
| Date | Description | Charges | Escrow | Payments |
| 11/18/2020 | County Tax Disbursement | | -$1,163.96 | |
| 11/25/2020 | Regular Payment | | | $918.42 |
| 11/25/2020 | Regular Payment | | | $918.42 |
| 11/25/2020 | Unapplied Payment | | | $204.21 |
| 11/25/2020 | Unapplied Payment Reversal | | | -$1,021.57 |
| 11/25/2020 | Regular Payment | | | $1,021.57 |

